1  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Lester C. Houtz (lester.houtz@bartlit-beck.com)
2  Karma M. Giulianelli (karma.giulianelli@bartlit-beck.com)
   André M. Pauka (andre.pauka@bartlit-beck.com)
3  Daniel R. Brody (daniel.brody@bartlit-beck.com)
   1899 Wynkoop Street, 8th Floor
4  Denver, CO 80202
   Telephone: (303) 592-3100
5  Facsimile:  (303) 592-3140

6  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   Mark E. Ferguson (mark.ferguson@bartlit-beck.com)
7  54 West Hubbard Street, Suite 300
   Chicago, IL 60654
8  Telephone: (312) 494-4400
   Facsimile:  (312) 494-4440

9

10  Attorneys for Plaintiff Hewlett-Packard Company

11                     **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13                      **SAN FRANCISCO DIVISION**

14

15  IN RE OPTICAL DISK DRIVE PRODUCTS          MDL Docket No. 3:10-md-02143-RS
    ANTITRUST LITIGATION

16
    This Document relates to:                  Case No. 3:13-cv-5371-RS
17
    Hewlett-Packard Company,                   **[~~PROPOSED~~] ORDER REGARDING**
18                                             **DISMISSAL OF PIONEER**
                    Plaintiff,                  **CORPORATION, PIONEER NORTH**
19                                             **AMERICA, INC., PIONEER**
    v.                                          **ELECTRONICS (USA) INC., PIONEER**
20                                             **HIGH FIDELITY TAIWAN CO., LTD.,**
    LG Electronics, Inc.; LG Electronics USA,  **AND PIONEER DIGITAL DESIGN &**
21  Inc.; Hitachi-LG Data Storage, Inc.;       **MANUFACTURING COMPANY**
    Hitachi-LG Data Storage Korea, Inc.; Pioneer
22  Corporation; Pioneer North America, Inc.;   Date:       December 3, 2015
    Pioneer Electronics (USA) Inc.; Pioneer High Time:       1:30 p.m.
23  Fidelity Taiwan Co., Ltd.; and Pioneer Digital Judge:     Richard Seeborg
    Design & Manufacturing Company,             Location:   Courtroom 3, 17th Floor
24
                    Defendants.
25

26

27

28

1

**[PROPOSED] ORDER**

2

3       Plaintiff Hewlett-Packard Company ("HP") and Defendants Pioneer Corporation, Pioneer

4   North America, Inc., Pioneer Electronics (USA) Inc., Pioneer High Fidelity Taiwan Co., Ltd., and

5   Pioneer Digital Design & Manufacturing Company (collectively, "Pioneer Defendants"), have

6   moved the Court to enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil

7   Procedure dismissing the Pioneer Defendants, without prejudice, in the above-captioned action.

8       After considering the motion and all other matters presented to this Court in connection

9   with the motion, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

10      The motion is GRANTED and HP's claims against the Pioneer Defendants are

11  DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and attorneys' fees.

12      **IT IS SO ORDERED.**

13

Dated: ___11/17/15___

14                                          _____

15                                          Honorable Richard Seeborg
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28